CR 06 138

PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☐ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): TERRENCE P. DONNELLY

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Fish and Wildlife Services

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Little Rhody Beagle Club, Inc.

Addres

REDACTED

☐ Ir

Birth Date

ible)

Social

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 16 U.S.C. Section 703 - Migratory | Counts 2-6: 7 U.S.C. Section 136j Federal Insecticide, | ☒ Felony ☒ Misdemeanor |
| | Bird Treaty Act | Fungicide and Rodenticide Act (FIFRA) | ☐ Felony ☐ Misdemeanor |
| | Penalties: 6 months imprisonment; a fine of | Penalities: 30 day imprisonment; a fine of up to $1,000; | ☐ Felony ☐ Misdemeanor |
| | up to $15,000; 1 year supervised release; and | up to 1 year supervised release; and a $5.00 special | ☐ Felony ☐ Misdemeanor |
| | a $100. special assessment. | assessment. Estimated trial days: 3 | ☐ Felony ☐ Misdemeanor |