PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: [X] INFORMATION [ ] INDICTMENT [ ] COMPLAINT

CASE NO. ____________

USA vs.

Defendant: William Forward

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added
[ ] Indictment [ ] Charges/Counts Added
[ ] Information

Addres

REDACTED

[ ] Ir

Birth Date

ıble)

Social

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

[ ] U.S. Atty [ ] Other U.S. Agency

Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): TERRENCE P. DONNELLY

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Fish and Wildlife Services

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

Issue: [ ] Warrant [✓] Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

[ ] Currently in Federal Custody
[ ] Currently in State Custody
[ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any): ____________

[ ] FPD [ ] CJA [ ] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1 - 16 U.S.C. Section 703 - Migratory | Counts 2-6: 7 U.S.C. Section 136j Federal Insecticide, | [X] Felony [ ] Misdemeanor |
| | Bird Treaty Act | Fungicide and Rodenticide Act (FIFRA) | [ ] Felony [ ] Misdemeanor |
| | Penalties: 6 months imprisonment; a fine of | Penalities: 30 day imprisonment; a fine of up to $1,000; | [ ] Felony [ ] Misdemeanor |
| | up to $15,000; 1 year supervised release; and | up to 1 year supervised release; and a $5.00 special | [ ] Felony [ ] Misdemeanor |
| | a $100. special assessment. | assessment. Estimated trial days: 3 | [ ] Felony [ ] Misdemeanor |