AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR06-138-02T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for William Forward

November 21, 2006
Date

Signature

C. Leonard O'Brien
Print Name RI Bar# 1886

101 Dyer Street
Address

Providence, RI 02903
City State Zip Code

401-751-5090
Phone Number