# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

WILLIAM FORWARD

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-138-02T

RECEIVED

NOV 17 2006

US MARSHALS
RHODE ISLAND

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>NOVEMBER 21, 2006 AT 2:00 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 16 Section(s) 703 AND 7:136j(a)(2)(G)

Brief description of offense:

USE OF A STEEL LEG HOLD TRAP WHICH CAPTURED AND KILLED A GREAT HORNED OWL; USE OF CARBOFURAN IN A MANNER INCONSISTENT WITH ITS LABELING

Signature of Issuing Officer

November 17, 2006
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: 11/21/06 Date 14:00

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USDC Providence, RI CTRM A

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 11/21/06
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

FILED
2006 NOV 27 P 12:46
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.