PROB 12B
(12/00)

# United States District Court
**for**
## The District of Rhode Island

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

**Name of Offender:** William Forward **Case Number:** 1:06CR00138-02A

**Name of Sentencing Judicial Officer:** Honorable Lincoln D. Almond, U.S. Magistrate Judge

**Date of Original Sentence:** February 16, 2007

**Original Offense:** Violation of the Migratory Bird Treaty Act and Violation of the Federal Insecticide, Fungicide, and Rodenticide Act

**Original Sentence:** One Year Probation with the Special Conditions: (1) The defendant will resign his membership in Little Rhody Beagle Club, Inc. and is barred from membership in the club for nine months and (2) the defendant will resign as President of the Little Rhody Beagle Club, Inc. and is barred from holding any office in the club for one year.

**Type of Supervision:** Probation **Date Supervision Commenced:** February 16, 2007

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall not enter the property of the Little Rhody Beagle Club, Inc., at any time during the remaining portion of the term of probation.**

**CAUSE**

On September 28, 2007, the Probation Department received a telephone call from Special Agent Andrey Guidera from the US Fish & Wildlife Service. He reported that he observed Mr. Forward on the premises of the Little Rhody Beagle Club earlier in the day. Mr. Forward, who was with Special Agent Guidera when he placed the call, admitted to the Probation Department that he was present at the Little Rhody Beagle Club, Inc. without permission.

The probation office consulted with the defendant's attorney and the government. Both indicate that there was an understanding through the plea agreement that the defendant would disassociate with the club during supervision. Mr. Forward, upon request of the probation office, prepared a written statement. Therein, he accepts responsibility for his action and acknowledges that he failed to appreciate that being on the property was not consistent with the spirit of the plea agreement. He admits to being on the property four times since supervision commenced.

The probation department does not recommend any adverse action for these actions as while they admittedly violate "the spirit of the plea agreement," they do not directly violate the special conditions of supervision as they appear on the Judgment.

PROB 12B
(12/00)

The probation department recommends that the conditions of supervision be modified to indicate that the defendant shall not enter the property of the Little Rhody Beagle Club, Inc., at any time during the remaining portion of the term of probation. The defendant and his attorney agree with this course of action. A waiver of hearing agreeing to this modification is attached. Assistant U.S. Attorney Terrence P. Donnelly concurs with this course of action.

**Reviewed and Approved by:**

**Barry J. Weiner**
**Chief U.S. Probation Officer**

Date: 10/30/07

**Respectfully Submitted by:**

**Kurt E. O'Sullivan**
**Supervising U.S. Probation Officer**

Date: 10/30/07

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

Honorable Lincoln D. Almond
U.S. Magistrate Judge

10/31/07
Date